UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILBERT MENDEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FOREST RIVER, INC., et al.,<br><br>    Defendants. | Case No. 24-cv-06742-VKD<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE DEADLINES**<br><br>Re: Dkt. No. 28 |

Based on plaintiffs' July 2, 2025 status report (Dkt. No. 28), the deadlines set in the Court's June 20, 2025 Order to Show Cause re Settlement (Dkt. No. 27) are extended as follows:

On or before **August 21, 2025**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41. If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **August 26, 2025 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). In advance of the show cause hearing, the parties shall file a statement no later than **August 22, 2025** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal. The parties' status report shall not disclose the substance of any settlement discussions. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: July 11, 2025

Virginia K. DeMarchi
United States Magistrate Judge